IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEVI ELLIS                                                                                              PLAINTIFF

V.                        CASE NO. 4:19-cv-311-SWW-BD

RODNEY WRIGHT, *et al.*                                                                   DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Saline County Jail is DISMISSED, with prejudice.

IT IS SO ORDERED this 25th day of June, 2019.

                                                /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE