IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LEVI ELLIS                                                                                              PLAINTIFF

V.                          CASE NO. 4:19-CV-311-BD

RODNEY WRIGHT, *et al.*                                                                  DEFENDANTS

## **ORDER**

Plaintiff Levi Ellis filed this civil rights case without the help of a lawyer and is proceeding *in forma pauperis*. (Docket entries #2, #5) The Court requires plaintiffs who are not represented by counsel to keep the Court informed of a current address. Local Rule 5.5.

On February 4, 2020, Mr. Ellis was given 30 days to notify the Court of his new address, after mail sent to him from the Court was returned marked "undeliverable." (#23) In its February 4 Order, the Court specifically cautioned Mr. Ellis that his claims could be dismissed if he failed to update his address, as ordered. (#23) Mr. Ellis has had more than 30 days to notify the Court of his new address, but he has not done so.

Mr. Ellis's claims are DISMISSED, without prejudice, because he has not notified the Court of his current address, as required by the February 4 Order and local rules. Defendants' and third-party defendant's motion for summary judgment (#24) is denied, as moot.

IT IS SO ORDERED this 5th day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE