IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEVI ELLIS**                                                              **PLAINTIFF**

V.                 **CASE NO. 4:19-CV-311-BD**

**RODNEY WRIGHT,** *et al*.                            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 5th day of March, 2020.

                                                           _____
                                                           UNITED STATES MAGISTRATE JUDGE